Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

**ORIGINAL**

Southern District of New York

Caption:

United States of America v.

TAREK BAZROUK, Defendant.

Docket No.: 25 Cr. 203

Honorable Richard M. Berman
(District Court Judge)

Notice is hereby given that the defendant Tarek Bazrouk appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ Order Denying Bail
(specify)

entered in this action on 5/21/25
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea | | trial | | N/A |✓|.

Offense occurred after November 1, 1987? Yes |✓| No | | N/A | |

Date of sentence: _____ N/A |✓|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2025

Appellant is represented by counsel? Yes ✓ | No |    If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Daniel Habib, Esq. |
| Counsel's Address: | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor, New York, NY 10007 |
| Counsel's Phone: | (212) 417-8742 |
| Assistant U.S. Attorney: | James Alan Ligtenberg, AUSA |
| AUSA's Address: | One St. Andrews Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | Tel: (914) 993-1953 |

ANDREW J. DALACK, ESQ
Signature

ECF,INTAPP

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:25−cr−00203−RMB All Defendants

| | |
|---|---|
| Case title: USA v. BAZROUK | Date Filed: 05/06/2025 |

Assigned to: Judge Richard M. Berman

**Defendant (1)**

| | | |
|---|---|---|
| **Tarek Bazrouk**<br>*also known as*<br>Sealed Defendant 1 | represented by | **Andrew John Dalack**<br>Federal Defenders of New York Inc. (NYC)<br>52 Duane Street<br>10th Floor<br>New York, NY 10007<br>(212)−417−8768<br>Email: andrew_dalack@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| HATE CRIME − INCLUDING KIDNAP OR ATTEMPT TO KIDNAP, SEXUALLY ASSAULT, OR KILL<br>(1−3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **James Alan Ligtenberg**<br>U.S. Attorney's Office, SDNY (St Andw's)<br>One St. Andrew's Plaza<br>New York, NY 10007<br>914−993−1953<br>Email: james.ligtenberg@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

Samuel S Adelsberg  
United States Attorney's Office, SDNY  
One Saint Andrew's Plaza  
New York, NY 10007  
(347)-501-0979  
Email: samuel.adelsberg@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2025 | 1 | UNREDACTED INDICTMENT FILED as to Sealed Defendant 1. (jm) **(Not for Public view pursuant to Standing Order of the court, 24-mc-184.)** (Entered: 05/07/2025) |
| 05/06/2025 | 2 | SEALED REDACTED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1-3. (jm) (Entered: 05/07/2025) |
| 05/07/2025 | 3 | Order to Unseal Indictment as to Sealed Defendant 1.. (Signed by Magistrate Judge Stewart D. Aaron on 5/7/25)(jm) (Entered: 05/07/2025) |
| 05/07/2025 | | INDICTMENT UNSEALED as to Tarek Bazrouk. (jm) (Entered: 05/07/2025) |
| 05/07/2025 | | Case Designated ECF as to Tarek Bazrouk. (jm) (Entered: 05/07/2025) |
| 05/07/2025 | | Case as to Tarek Bazrouk ASSIGNED to Judge Richard M. Berman. (jm) (Entered: 05/07/2025) |
| 05/07/2025 | | Attorney update in case as to Tarek Bazrouk. Attorney Samuel S Adelsberg,James Alan Ligtenberg for USA added.. (jm) (Entered: 05/07/2025) |
| 05/07/2025 | 5 | LETTER by USA as to Tarek Bazrouk addressed to Magistrate Judge Stewart D. Aaron from Sam Adelsberg and Jim Ligtenberg dated May 7, 2025 re: Detention Document filed by USA. (Ligtenberg, James) (Entered: 05/07/2025) |
| 05/07/2025 | 6 | ORDER as to Tarek Bazrouk: Defendant is hereby remanded pending the continuation of the bail hearing on May 13, 2025 at 10:00 am in Courtroom 17 B. (Bail Hearing set for 5/13/2025 at 10:00 AM in Courtroom 17B, 500 Pearl Street, New York, NY 10007 before Judge Richard M. Berman) (Signed by Judge Richard M. Berman on 5/7/2025) (ap) (Entered: 05/08/2025) |
| 05/07/2025 | 7 | Minute Entry for proceedings held before Judge Richard M. Berman: Detention Hearing as to Tarek Bazrouk held on 5/7/2025. AUSA James Ligtenberg present; AUSA Samuel Adelsberg present; Defendant and defense counsel Dalack present; Also present is pretrial services officer Anton King; Court Reporter Carly Davis present; Also present is pretrial services officer; defendant is remanded pending further bail hearing; defense submission to be filed by 5/9/25 at 12:00 noon; bail hearing will be held on 5/13/25 at 10:00 am in Courtroom 17B. (bw) (Entered: 05/08/2025) |
| 05/07/2025 | | ORAL ORDER as to Tarek Bazrouk. Defense submission due by 5/9/2025 12:00 PM noon. Bail Hearing set for 5/13/2025 at 10:00 AM in Courtroom 17B, 500 Pearl Street, New York, NY 10007 before Judge Richard M. Berman. (bw) (Entered: 05/08/2025) |
| 05/07/2025 | 8 | CJA 23 Financial Affidavit by Tarek Bazrouk. Andrew Dalack appointed counsel. Approved. (Signed by Magistrate Judge Stewart D. Aaron) (jbo) (Entered: 05/08/2025) |
| 05/07/2025 | 9 | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Initial Appearance as to Tarek Bazrouk held on 5/7/2025. Bond Hearing as to Tarek Bazrouk held on 5/7/2025. Arraignment as to Tarek Bazrouk (1) Count 1-3 held on 5/7/2025. Plea entered by Tarek Bazrouk Not Guilty. Defendant present with counsel Andrew Dalack. AUSA Samuel Adelsberg present. Date of Arrest: 5/7/25. Time of Arrest: 6am. Time of Presentment 2:55pm. On writ. BAIL DISPOSITION: $150,000 Bond; 3 FRP; Travel restricted to SDNY/EDNY; Surrender travel documents and no new applications; Pretrial supervision as directed by Pretrial Services; Deft to submit to urinalysis, if positive, add condition of drug testing and treatment; Home incarceration; GPS; Deft not to possess firearm, destructive device, other weapon; Deft to be released on own signature; Plus installation of bracelet; Remaining conditions to be met by |

| | | |
|---|---|---|
| | | 5/21/25. ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS: Avoid contact with any person who is or may become a victim or witness unless in the presence of counsel. Deft's mother and father shall serve as 3rd party custodian for deft. Statement of reasons: The Court finds that the Government has not met its burden of establishing by a preponderance of the evidence that the Defendant is a flight risk. Notably, he has appeared in state court as required. The Court also finds that the Government has not met its burden of establishing by clear and convincing evidence that Defendant is a danger to the community. Notably, the crimes alleged in the Indictment did not involve the use of weapons. Appearing before me is a 20-year-old defendant, who has no prior convictions, let alone felony convictions. I find that the conditions I impose will reasonably assure the safety of the community and the appearance of defendant in court as required. Conference before District Judge on 5/13/25. (jbo) (Entered: 05/08/2025) |
| 05/12/2025 | 10 | NOTICE OF ATTORNEY APPEARANCE: Andrew John Dalack appearing for Tarek Bazrouk. Appearance Type: Public Defender or Community Defender Appointment. (Dalack, Andrew) (Entered: 05/12/2025) |
| 05/12/2025 | 11 | LETTER MOTION addressed to Judge Richard M. Berman from Andrew Dalack dated 5/9/2025 re: Opposition to Government's Detention Letter at Dkt. No. 5 *(Redacted Version of Defendant's Letter)*. Document filed by Tarek Bazrouk. (Attachments: # 1 Exhibit A)(Dalack, Andrew) (Entered: 05/12/2025) |
| 05/13/2025 | 12 | Minute Entry for proceedings held before Judge Richard M. Berman:Detention Hearing as to Tarek Bazrouk held on 5/13/2025. AUSA James Ligtenberg present; AUSA Samuel Adelsberg present; Defendant and defense counsel Dalack present; Also present is pretrial services officer Akil King; Court Reporter Andrew Walker present; oral argument heard re: bail/remand; Court requests documents from counsel re: orders of protection and charging instrument in CT case; case will be recalled; recall: all appearances remain the same; additional arguments made re: bail/remand; case will be recalled: all appearances remain the same; Court will issue a written decision; remand continues pending written decision; Court schedules next conference for 5/20/25 at 9:30 am; speedy trial time is excluded for the reasons set forth on the record from 5/13/25 to 5/20/25 pursuant to 18 USC 3161(h)(7)(A) and (B). ( Bond Hearing set for 5/20/2025 at 09:30 AM before Judge Richard M. Berman.) (jw) (Entered: 05/13/2025) |
| 05/13/2025 | 13 | ORDER as to Tarek Bazrouk. The remand in this case continues pending the Court's written order. (Signed by Judge Richard M. Berman on 5/13/2025)(jw) (Entered: 05/13/2025) |
| 05/14/2025 | 14 | ORDER as to Tarek Bazrouk. The status conference scheduled for Tuesday, May 20, 2025 at 9:30 A.M. will take place in Courtroom 17B (Signed by Judge Richard M. Berman on 5/14/25)(jw) (Entered: 05/14/2025) |
| 05/16/2025 | 15 | ORDER as to Tarek Bazrouk. The Court may have one or two questions for counsel before finalizing the bail/detention order. We can discuss at our conference on Tuesday, May 20, 2025 at 9:30 a.m. in Courtroom 17B. (Signed by Judge Richard M. Berman on 5/16/25)(jw) (Entered: 05/16/2025) |
| 05/21/2025 | 16 | ORDER OF DETENTION as to Tarek Bazrouk. The Court finds by clear and convincing evidence that the Defendant presents a danger to others and to the community, and by a preponderance of the evidence that the Defendant presents a risk of flight. Defendant's remand is continued. (Signed by Judge Richard M. Berman on 5/21/2025) (See ORDER set forth) (ap) (Entered: 05/21/2025) |
| 05/22/2025 | 17 | NOTICE OF APPEAL (Interlocutory) by Tarek Bazrouk from 16 Order of Detention. (nd) (Entered: 05/22/2025) |
| 05/22/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Tarek Bazrouk to US Court of Appeals re: 17 Notice of Appeal − Interlocutory. (nd) (Entered: 05/22/2025) |
| 05/22/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Tarek Bazrouk re: 17 Notice of Appeal − Interlocutory were transmitted to the U.S. Court of Appeals. (nd) (Entered: 05/22/2025) |