# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8742 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Daniel Habib
*Attorney-in-Charge*

June 4, 2025

**BY ACMS**

Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 10007

**Re:**  *United States v. Bazrouk*, **No. 25–1325**

Dear Ms. Wolfe:

    I write to update this Court on the status of this appeal. Mr. Bazrouk has been charged by indictment in the United States District Court for the Southern District of New York with three counts of violating the Hate Crimes Prevention Act, 18 U.S.C. § 249(a)(1)(A). D. Ct. Dkt. No. 2. On May 21, 2025, the district court (Berman, J.), ordered him detained pending trial. D. Ct. Dkt. No. 16. On May 22, 2025, Mr. Bazrouk filed a notice of appeal with respect to the detention order. D. Ct. Dkt. No. 17.

    Our office has ordered transcripts of four proceedings relevant to the detention order: (i) a hearing before Magistrate Judge Aaron on May 7, 2025; and (ii–iv) hearings before Judge Berman on May 7, May 13, and May 20, 2025. To date, we have only received a transcript of the May 20, 2025 hearing. We require all four transcripts to prepare and file a bail motion. *See* Fed. R. App. P. 9(a)(1) ("An appellant who questions the factual basis

1

for the district court's order must file a transcript of the release proceedings or an explanation of why a transcript was not obtained."). Once we receive all four transcripts, I will write so to advise this Court and to propose a prompt due date for the filing of a bail motion.

                                        Sincerely,

                                        /s/ Daniel Habib
                                        Attorney-in-Charge,
                                        Appeals Bureau
                                        Tel. (646) 484–1724

CC:    Government Counsel (by ACMS)