# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8742 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Daniel Habib
*Attorney-in-Charge*

June 9, 2025

**BY ACMS**

Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 10007

**Re:** *United States v. Bazrouk*, **No. 25–1325**

Dear Ms. Wolfe:

I write to update this Court on the status of this appeal. Mr. Bazrouk has been charged by indictment in the United States District Court for the Southern District of New York with three counts of violating the Hate Crimes Prevention Act, 18 U.S.C. § 249(a)(1)(A). D. Ct. Dkt. No. 2. On May 21, 2025, the district court (Berman, J.), ordered him detained pending trial. D. Ct. Dkt. No. 16. On May 22, 2025, Mr. Bazrouk filed a notice of appeal with respect to the detention order. D. Ct. Dkt. No. 17. On June 4, 2025, I wrote to advise this court that our office had not yet obtained all of the transcripts of proceedings necessary to file a bail motion. C.A. Dkt. No. 13.1

Our office has now obtained all such transcripts. Accordingly, we propose to file a bail motion on Mr. Bazrouk's behalf within one week, that is, by June 16, 2025.

1

        Sincerely,

        /s/ Daniel Habib
        Attorney-in-Charge,
        Appeals Bureau
        Tel. (646) 484–1724

CC:   Government Counsel (by ACMS)