UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------ X
UNITED STATES,  :  **STIPULATION**
    Appellee  :  No. 25–1325
  :
-v-  :
  :
TAREK BAZROUK  :
    Defendant-Appellant.  :
------------------------------------------------------------ X

Pursuant to 2d Cir. R. 42.2, I, Tarek Bazrouk, state: (a) my attorney Andrew Dalack has explained the effect of voluntary dismissal of my appeal from the district court's detention order; (b) I understand Mr. Dalack's explanation; and (c) I want to withdraw and voluntarily dismiss my appeal from the district court's detention order. Accordingly, it is stipulated between the parties that the above-captioned appeal is withdrawn and voluntarily dismissed.

Dated:    June 11, 2025

By: *[signature]*
TAREK BAZROUK

By: *[signature]*
**ANDREW DALACK, ESQ.**
Federal Defenders of New York, Inc.

1

52 Duane Street, 10th Floor
New York, New York 10007

By: _____
   Sam Adelsberg, ESQ.
Assistant United States Attorney
Southern District of New York
26 Federal Plaza
New York, New York 10278

2